FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:15-cv-586-SWW-BD

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Joseph Lochala
ADC # 152221

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case signed to District Judge Wright and to Magistrate Judge Deere

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Sheriff David Johnson

Position: Sheriff of Ashley County

Place of employment: Ashley County Sheriff office Hamburg

Address: 842 Ashley 12 west  71646

Name of defendant: Brad Stewart

Position: Jailor

1

Place of employment: Hamburg, Ar. 71646 Ashley County Detention Center

Address: 842 Ashley 12 wes 71646

Name of defendant: Kristy Higginbotham

Position: Nurse

Place of employment: Ashley County Detention Center

Address: 842 Ashley 12 west 71646

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____ J.L

IV. Place of present confinement: Ashley County Detention Center P.O Box 600 Grady Ar. 71644 Varner Unit

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: I'm waiting to get sent to prison for a 6 month probation Violation

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓  No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? this Jail don't Respond to our Grievance when its Something serious Like this the Grievance that this Jail has is just one sheet of paper without a Carbon copy I did file a Grievance but the Jail administrator won't answer and do[] anything about it.   3

-6-

Yes ____   No ✓

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

- I was neglected proper medical attention after receving body injury's with another Inmate At the Ashley County Detention Center.
- (I Joseph Lochala was assulted by inmate scott on 6/25/15.) inmate Quentin Scott received medical attention to ware i did not receive medical attention.

6/25/15 → - David Johnson failed to orgnized his Deputy's to give me proper medical attention.

6/26/15 → - C/O Brad stewart noticed my injury durning chow call, and commented on the other inmates injuries & how he recived medical attention.

7/13/15 → - Nurse Kristy Higginbotham was notifed about my injurys but yet i did not get medical attention because of lost or misplaced paper work.

4

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont to sue them for my pain and suffering and posebly long term damages to my next and head.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __1__ day of __August__, 20__15__.

_____

_Joseph Tochala_
Signature(s) of plaintiff(s)

Subscribed Hereto Before me A Notary public This ___ day of ___ 2015

_____
Plaintiff

_____
MY Comm Exspires

_____
Notary Public

-5-

**ASHLEY COUNTY DETENTION CENTER**
**DETAINEE GRIEVANCE FORM**

Detainee Name: Joseph Lochala   Today's Date: 7/12/15

Housing Unit: 2   Cell Number: 4

This information is provided As A (check one): A ✓   Appeal ___

Date of Incident: 6/25/15 to 7/12/15   Time of Incident ___ (aapproximately if you don't know)

Officer(S) Involved: Yes ✓   No ___

Officer(S) Name if Applicable ___

**SUMMARY OF INCIDENT/COMPLAINT:**
(PLEASE INDICATE WHERE THE INCIDENT TOOK PLACE, WHEN IT HAPPENED, WHY IT HAPPENED. (IF KNOWN), AND WHY YOU FEEL THIS SHOULD BE FILED AS A GRIEVANCE OR AN APPEAL)>

On 7/12/15 I filled a Grievance Explaining that I was Refused proper medical Attention upon an assult by another Inmate which he broke his bad and left a big knot on the side of my head which is still there and Mrs. Woods answered my Grievance with a lie stating that she did't know anything about my injury or an assult on 6/25/15 I was assulted in the shower by Inmate Quinton Scott. It wasn't on Camera because C/O Mrs. Teresa let an inmate to tell her to cut the day room and shower Lights off But I showed the knot to C/O Brad Stewart

(WRITE ON BACK IF NEEDED)
**DO NOT WRITE BELOW THIS LINE ASHLEY COUNTY DETENTION CENTER EMPLOYEES ONLY**

OFFICER RECEIVING GRIEVANCE: T. Burnside

OFFICER RESPONDING TO GRIEVANCE: W. Zil Cf ___ (EVEN IF IT'S THE SAME)

DATE RECEIVED: 7/12/15

RESPONSE: Since becoming jail Admin this is the first grievance I have recieved from you. You was brought up front on 7-13-15, to Recieve a Sick call form and seen the nurse.

(WRITE ON BACK IF NEEDED)
DATE RESPONDED: 7-13-15

DATE COPY RETURNED TO INMATE: ___

OFFICER RETURNING COPY TO INMATE: ___

(REVISED BY LT. J. POLLOCK ON 08/24/2010)
(IF ANY LINE IS LEFT OR YOU DO NOT SIGN YOUR NAME IT WILL BE CONSIDERED INVALID AND WILL NOT BE RESPONDED TO)

cell By Trey Loury and Mrs. Hinds asked me what had happened and I explained it all to her and showed her the knot and bruise spread she had her head camera on at this time and she also refused me medical attention I have filed several Grievances's about this whole incident but my Grievances are steady going unanswered this Jail is failing to give me proper medical attention further more this Jail made a bad decision by not following protocol and getting me medical attention Right after the assault knowing I could have a concussion or anything my headach's are getting major and I caut lay on one side and the knot is still here and my neck is getting worse and they are not wanting to give me Grievance or a proper 1983 Form I need medical attention ASAP!

42-4

**ASHLEY COUNTY DETENTION CENTER**
**DETAINEE GRIEVANCE FORM**

Detainee Name: Joseph Lochala   Today's Date 7/11/15

Housing Unit 2   Cell Number 4

This information is provided As A (check one): A ✓   Appeal _____

Date of incident: 6/25/15   Time of Incident 12:00/1:00 (approximately if you don't know)

Officer(S) Involved: Yes ✓   No _____

Officer(S) Name if Applicable _____

**SUMMARY OF INCIDENT/COMPLAINT:**
(PLEASE INDICATE WHERE THE INCIDENT TOOK PLACE, WHEN IT HAPPENED, WHY IT HAPPENED. (IF KNOWN), AND WHY YOU FEEL THIS SHOULD BE FILED AS A GRIEVANCE OR AN APPEAL)>

After the incedant between Quentin Scott and I occurred. He was taken to the Hospital because he hurt his Arm whenever he assulted me in the shower and I have yet to be taken to be examined by a doctor. I have mentioned to the Nur and the correctional officers that I'm having headaches and nothing has been done for me It's getting hard for me to sleep at night I been having major head aches and where my neck goes in to my head hurts it is getting worse and I need medical attention. ASAP!

(WRITE ON BACK IF NEEDED)
DO NOT WRITE BELOW THIS LINE ASHLEY COUNTY DETENTION CENTER EMPLOYEES ONLY

OFFICER RECEIVING GRIEVANCE: Alice Woods

OFFICER RESPONDING TO GRIEVANCE: Alice Woods   (EVEN IF IT'S THE SAME)

DATE RECEIVED: 7-12-2015

RESPONSE: This will be forwarded to the Nurse and our jail Administrator. This is the first that I have heard of this.

(WRITE ON BACK IF NEEDED)
DATE RESPONDED: 7-12-15

DATE COPY RETURNED TO INMATE: 7-12-15

OFFICER RETURNING COPY TO INMATE: Alice Woods

(REVISED BY LT. J. POLLOCK ON 08/24/2010)
(IF ANY LINE IS LEFT OR YOU DO NOT SIGN YOUR NAME IT WILL BE CONSIDERED INVALID AND WILL NOT BE RESPONDED TO)

**ASHLEY COUNTY DETENTION CENTER**
**DETAINEE GRIEVANCE FORM**

Detainee Name: Joseph Lochala   Today's Date: 7/13/15

Housing Unit: 2   Cell Number: 4

This information is provided As A (check one): A ✓   Appeal ____

Date of Incident: 7/13/15   Time of Incident: 8:00/9:00 not sure (aapproximately if you don't know)

Officer(S) Involved: Yes ✓   No ____

Officer(S) Name if Applicable: Nicole Carter / Nurse Kristy / ~~[redacted]~~

**SUMMARY OF INCIDENT/COMPLAINT:**
(PLEASE INDICATE WHERE THE INCIDENT TOOK PLACE, WHEN IT HAPPENED, WHY IT HAPPENED. (IF KNOWN), AND WHY YOU FEEL THIS SHOULD BE FILED AS A GRIEVANCE OR AN APPEAL)>

ON 7/13/15 I was esscorted to Booking to have a talk with the Jail administrater and the nurse Kristy. She asked me why haven't I said anything about my head injury and I explained to her I've done that and filed several Grievances about my head and the Incident that caused my Injury and no officer would provide me with proper medical attention. Kristy told me that I need to fill out a ADC medical Request Slip; but why do I have to do that when I'm a inmate in Ashley County Detention Center who was assulted by an Inmate in this Jail

(WRITE ON BACK IF NEEDED)
**DO NOT WRITE BELOW THIS LINE ASHLEY COUNTY DETENTION CENTER EMPLOYEES ONLY**

OFFICER RECEIVING GRIEVANCE: ____

OFFICER RESPONDING TO GRIEVANCE: Lt. Nicole Carter   (EVEN IF IT'S THE SAME)

DATE RECEIVED: ____

RESPONSE: You have to fill out ADC Medical form due to ADC having to Approve your medical request. We Are holding you for ADC. Also I'm looking into your previous grievances. The grievance I Answered this 7-13-15 morning was the 1st I have recieved.

(WRITE ON BACK IF NEEDED)
DATE RESPONDED: 7-13-15

DATE COPY RETURNED TO INMATE: ____

OFFICER RETURNING COPY TO INMATE: ____
(REVISED BY LT. J. POLLOCK ON 08/24/2010)
(IF ANY LINE IS LEFT OR YOU DO NOT SIGN YOUR NAME IT WILL BE CONSIDERED INVALID AND WILL NOT BE RESPONDED TO)